IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD A. KOVALASKE,

                                                                    ORDER
                    Plaintiff,

                                                        14-cv-281-wmc
            v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

                    Defendant.

---

Pursuant to a joint stipulation for remand (dkt. #15) filed by the parties on December 10, 2014, IT IS HEREBY ORDERED that this matter is remanded to the Commissioner pursuant to sentence four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). The clerk of court is directed to enter judgment accordingly.

Entered this 10th day of December, 2014.

BY THE COURT:

/s/

_____
WILLIAM M. CONLEY
District Judge