IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD A. KOVALASKE,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　Case No. 14-cv-281-wmc

CAROLYN W. COLVIN. Acting
Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that the joint motion for judgment reversing the Commissioner's decision is granted

and ths case is remanded pursuant to sentence four of 42 U.S.C. §405(g)

        s/V. Olmo, Deputy Clerk　　　　　　　12/11/2014
    Peter Oppeneer, Clerk of Court　　　　　　　Date